UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON BOGAN,

                    Plaintiff,

-against-

WESTCHESTER COUNTY CORRECTION,

                    Defendant.

20-CV-2143 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

      By order dated March 20, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    May 28, 2020
             New York, New York

                                                              Louis L. Stanton
                                                                U.S.D.J.