UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON BOGAN,

                Plaintiff,

     -against-

WESTCHESTER COUNTY CORRECTION,

                Defendant.

20-CV-2143 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued May 28, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 28, 2020
          New York, New York

                                                  Louis L. Stanton
                                                    U.S.D.J.